# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

DARRYL ORLANDO MEEKS,

       Plaintiff,

vs.

SAVAGE DETROIT
TRANSPORTATION OPERATION,

       Defendants.

CASE NO. 2:15-13623

HON. BERNARD A. FRIEDMAN

MAG. JUDGE
MONA K. MAJZOUB

| | |
|---|---|
| DAIMEON M. COTTON (P75563)<br>COTTON LAW CENTER, PLLC<br>220 Bagley Avenue, Ste. 808<br>Detroit, Michigan  48226<br>Telephone:  (313) 963-1320<br>Facsimile:   (313) 963-1325<br>dcotton@cottonlawcenter.com<br>*Attorneys for Plaintiff* | WILLIAM B. BALKE (P35272)<br>MICHAEL A. CHICHESTER, JR. (P70823)<br>ANTON A. DIRNBERGER, II (P80261)<br>LITTLER MENDELSON, P.C.<br>200 Renaissance Center<br>Suite 3110<br>Detroit, Michigan  48243<br>Telephone:   (313) 446.6403<br>                  (313) 202-3254<br>                  (313) 202-3170<br>Facsimile:    (313) 446-6405<br>wbalke@littler.com<br>mchichester@littler.com<br>adirnberger@littler.com<br>*Attorneys for Defendant* |

## STIPULATED ORDER CORRECTING CAPTION
## AND DISSMISSING CASE WITH PREJUDICE

Plaintiff, Darryl O. Meeks, and Defendant, Savage Services Corporation, having stipulated to the entry of an Order correcting the caption to substitute Savage Services Corporation for "Savage Detroit Transportation Operation" as the

properly named Defendant and dismissing the case with prejudice and without costs, interest, or attorney fees to any party, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the caption in this case is amended to substitute Savage Services Corporation for "Savage Detroit Transportation Operation" as the correctly-named Defendant in this matter.

**IT IS FURTHER ORDERED** that this case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs, interest or attorney fees to any party.

Dated: August 22, 2017

s/Bernard A. Friedman
United States District Judge

**THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, STIPULATE TO THE ENTRY OF THIS ORDER:**

| COTTON LAW CENTER, PLLC | LITTLER MENDELSON PLC |
|---|---|
| */s/ Daimeon M. Cotton  (with consent)* | */s/ Michael A. Chichester* |
| 220 Bagley Avenue, Ste 808 | 200 Renaissance Center, Suite 3110 |
| Detroit, Michigan 48226 | Detroit, MI  48243 |
| Telephone: 313.963.1320 | Telephone: 313. 446.6400 |
| Facsimile: 313.963.1325 | Facsimile: 313.202.3254 |
| P75563 | P70823 |
| dcotton@cottonlawcenter.com | mchichester@littler.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |
| DATED:  August 18, 2017 | DATED:  August 18, 2017 |